**Denied; and Opinion Filed May 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00579-CV

## IN RE JOHN WILLIAM THIELMIER AND CHRISTINE LEA THIELMIER, Relators

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-549332014**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Brown
Opinion by Justice Lang

Relators filed this petition for writ of mandamus requesting that the Court order the trial court to grant their motion to dismiss. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relators have failed to establish a right to relief.

We deny the petition for writ of mandamus. TEX. R. APP. P. 52.8.

150579F.P05

/ Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE